```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
```

KATHERINE HARRIS,              )
                               )
          Plaintiff,           )
                               )
     v.                        )    CIVIL NO. 1:05CV00302
                               )
NORTH CAROLINA DEPARTMENT OF   )
JUVENILE JUSTICE AND           )
DELINQUENCY PREVENTION,        )
                               )
          Defendant.           )


ORDER AND JUDGMENT

BULLOCK, District Judge

    On August 19, 2005, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. Thereafter, within the time limitation prescribed by Section 636, Plaintiff filed objections to the Recommendation.

    The court has reviewed Plaintiff's objections de novo and finds that they do not change the substance of the United States Magistrate Judge's finding that Plaintiff's complaint was untimely and recommending dismissal. The court will therefore accept the Magistrate Judge's recommendation. See Lassiter v. Labcorp Occupational Testing Services, Inc., 337 F. Supp. 2d 746 (M.D.N.C. 2004); Melvin v. Wal-Mart Stores, Inc., 338 F. Supp. 2d 622 (M.D.N.C. 2004).

NOW, THEREFORE, IT IS ORDERED AND ADJUDGED that Defendant's motion to dismiss [Doc. #4] is **GRANTED**, and this action is **DISMISSED** with prejudice.

_____
United States District Judge

September 28, 2005